IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **MICHAEL JAMES HUBBARD,** } | |
| } | |
| Petitioner, } | |
| } | |
| v. } | CASE NO. 5:10-cv-00452-RDP-PWG |
| } | |
| **KENNETH JONES, et al.,** } | |
| } | |
| Respondents. } | |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on September 15, 2011 (Doc. #14), recommending that the petition for writ of habeas corpus be denied. The parties were allowed an opportunity in which to file objections; Petitioner was allowed two extensions of time to do so. (*See* Docs. #15, 16).  No objections have been received from either party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's Report is due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**.  Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this \_\_\_\_17th\_\_\_\_ day of November, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1]Petitioner filed a motion to extend the deadline to object to the Magistrate Judge's Report and Recommendation. (Doc. #16).  The Magistrate Judge granted the motion and set a new deadline of October 28, 2011.  Twenty days have now passed since the deadline for objections.